FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00210-CV

Lawrence **LAU**,
Appellant

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07115
Honorable Tina Torres, Judge Presiding

# O R D E R

On June 6, 2022, Mr. Anthony L. Vitullo filed a "Motion to Withdraw" as counsel in this appeal. We GRANT the motion.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court